Andreea Melissa Olteanu
999 Wilder Avenue #1703
Honolulu, HI 96822
Tel. 808-747-3703
APorcelli@swissgrowthforum.io

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

Case no. 1:23-00299-JMS-KJM

Andreea Olteanu
vs.
Eric Gonzales et al.

Return Receipts

1. Anca Olteanu
2. Louis Schneider

Andreea Olteanu

**Return Receipt 1:**

- Article Addressed to: Anca OHeanu, 121 Roundhill Ct., Vallejo, CA 94591
- Barcode: 9590 9402 6482 0346 4024 07
- Article Number: 7022 0410 0001 3081 [illegible]
- Signature: [signed]
- Received by (Printed Name): ANCA OTEANU
- Postmark: SPRINGSTOWNE POST OFFICE, VALLEJO CA, AUG 11 2023
- PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

**Return Receipt 2:**

- Article Addressed to: Louis Schneider, 430 South 7th St., Las Vegas, NV 89101
- Barcode: 9590 9402 7589 2098 1089 71
- Article Number: 7022 0410 0001 3081 7114
- Signature: [signed] Z. Wilson
- Received by (Printed Name): E W
- C. Date of Delivery: 8-14-23
- PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt